# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 12/30/2014 |
| Case: 8−14−71453−reg | Form ID: 178 | Total: 36 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
8368412     Frank A. Mauro, Jr.

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | R Kenneth Barnard | rkbesquire@aol.com |
| aty | Gary M Kushner | gkushner@goetzfitz.com |
| aty | Mickee M. Hennessy | mhennessy@westermanllp.com |
| aty | R Kenneth Barnard | rkbesquire@aol.com |
| aty | Scott D Simon | ssimon@goetzfitz.com |
| aty | Thomas A Draghi | tdraghi@westermanllp.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | P.F. Transport, Inc.    19 Old Dock Road    Yaphank, NY 11980 | |
| aty | Goetz Fitzpatrick, LLP    One Penn Plaza    44th Floor    New York, NY 10119 | |
| aty | Westerman Ball Ederer Miller Zucker &Sharfstein, LLP    1201 RXR Plaza    Uniondale, NY 11556 | |
| smg | NYS Department of Taxation &Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | NYS Unemployment Insurance    Attn: Isolvency Unit    Bldg. #12, Room 256    Albany, NY 12240 | |
| smg | NYC Department of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201 | |
| smg | United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 | |
| 8293611 | 28 William St. Corp.    c/o LaMonica Herbst &Maniscalco, LLP    3305 Jerusalem Avenue    Wantagh, New York 11793    (516) 826−6500 | |
| 8304041 | American Honda Finance Corporation    National Bankruptcy Center    P.O. Box 168088    Irving, TX 75016−8088    866−716−6441 | |
| 8290966 | Chiquita Fresh North America LLC    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |
| 8289829 | Citibank    c/o Sills Cummus &Gross    30 Rockefeller Plaza    New York, NY 10112 | |
| 8366754 | Citibank, N.A.    c/o Sills Cummis &Gross P.C.    Attn: Joshua N. Howley, Esq.    30 Rockefeller Plaza    New York, NY 10112 | |
| 8290006 | Citibank, N.A.    c/o Sills Cummis &Gross P.C.    Attn: Joshua N. Howley, Esq.    One Riverfront Plaza    Newark, NJ 07102 | |
| 8316538 | Densieski Farms    c/o Howard Rabin    112 New South Road    Hicksville NY 11801 | |
| 8290965 | Dole Fresh Fruit Company    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |
| 8290960 | Fierman Produce Exchange Inc.    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |
| 8316325 | Globe Trade Capital LLC    c/o Meyer Suozzi English &Klein, PC    990 Stewart Avenue, Suite 300,PO Box9194    Garden City, NY 11530    Attn: Howard B. Kleinberg, Esq. | |
| 8303320 | Goetz Fitzpatrick LLP    Scott S Simon    One Penn Plaza, 31st Floor    New York, NY 10119 | |
| 8315430 | Honda Financial Services    PO Box 7829    Philadelphia, PA 19101 | |
| 8289830 | Internal Revenue Service    10 Metro Tech Center    625 Fulton Street    Brooklyn, NY 11201 | |
| 8289831 | Islip Receiver of Taxes    40 Nassau Ave    Islip, NY 11751 | |
| 8290962 | Katzman Berry Corp.    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |
| 8290958 | Morris Okun Inc.    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |
| 8289832 | NYS Department of Finance    Bankruptcy Section    P.O. Box 5300    Albany, NY 12205 | |
| 8289833 | NYS Department of Labor    215 W 125th St    New York, NY 10027 | |
| 8337500 | National Grid    c/o Bankruptcy    300 Erie Blvd W    Syracuse NY 13202 | |
| 8332171 | PSEG Long Island    Geralyn Clinch    15 Park Drive    Melville NY 11747 | |
| 8434563 | R. Kenneth Barnard, Esq., Chapter 7 Trustee    c/o Westerman Ball Ederer Miller Zucker    1201 RXR Plaza    Uniondale, New York 11556    Attention: Thomas A. Draghi, Esq. | |
| 8290964 | S Katzman Produce Inc.    c/o: Gregory Brown, Esq.    McCarron &Diess    707 Walt Whitman Road, Second Floor    Melville, New York 11747 | |

TOTAL: 29