**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK**

In re: P.F. Transport, Inc. § Case No. 8-14-71453-REG
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

R. KENNETH BARNARD, ESQ., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00　　　　　　　　　　　Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,207,496.91　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: N/A

Total Expenses of Administration: $301,282.48

3) Total gross receipts of $ 1,508,779.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,508,779.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,125,000.00 | $3,380,153.33 | $1,207,496.91 | $1,207,496.91 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 276,282.48 | 276,282.48 | 276,282.48 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 66,359.60 | 66,359.60 | 25,000.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,286,231.14 | 2,660.58 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 157,891.66 | 157,891.66 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,125,000.00 | $5,166,918.21 | $1,710,691.23 | $1,508,779.39 |

4) This case was originally filed under Chapter 7 on April 04, 2014. The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2017          By: /s/R. KENNETH BARNARD, ESQ.
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 19 Old Dock Road, Yaphank NY | 1110-000 | 1,508,779.39 |
| **TOTAL GROSS RECEIPTS** | | **$1,508,779.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4210-000 | 25,000.00 | 33,627.00 | 0.00 | 0.00 |
| 5 -2 | Citibank, N.A. | 4110-000 | 1,100,000.00 | 2,139,029.42 | 0.00 | 0.00 |
| | CITIBANK, N.A. | 4110-000 | N/A | 750,000.00 | 750,000.00 | 750,000.00 |
| | All Island Bananas Produce Corp | 4210-000 | N/A | 18,049.45 | 18,049.45 | 18,049.45 |
| | McCarron & Diess | 4120-000 | N/A | 439,447.46 | 439,447.46 | 439,447.46 |
| **TOTAL SECURED CLAIMS** | | | **$1,125,000.00** | **$3,380,153.33** | **$1,207,496.91** | **$1,207,496.91** |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - R. KENNETH BARNARD, ESQ. | 2100-000 | N/A | 68,513.38 | 68,513.38 | 68,513.38 |
| Trustee Expenses - R. KENNETH BARNARD, ESQ. | 2200-000 | N/A | 61.50 | 61.50 | 61.50 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3210-000 | N/A | 119,767.68 | 119,767.68 | 119,767.68 |
| Other - Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | 3220-000 | N/A | 891.24 | 891.24 | 891.24 |
| Other - Paritz & Company, P.A. | 3410-000 | N/A | 2,594.16 | 2,594.16 | 2,594.16 |
| Auctioneer for Trustee Fees (including buyers premiums) - David R Maltz & Co. | 3610-000 | N/A | 58,000.00 | 58,000.00 | 58,000.00 |
| U.S. Trustee Quarterly Fees - Office of the United States Trustee | 2950-000 | N/A | 975.55 | 975.55 | 975.55 |
| Other - NYS Department of Finance | 2820-000 | N/A | 25.81 | 25.81 | 25.81 |
| Other - Chicago Title | 2500-000 | N/A | 19,891.77 | 19,891.77 | 19,891.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 269.82 | 269.82 | 269.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 417.82 | 417.82 | 417.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 390.29 | 390.29 | 390.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 430.10 | 430.10 | 430.10 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 402.57 | 402.57 | 402.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 388.59 | 388.59 | 388.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 441.61 | 441.61 | 441.61 |
| Other - International Sureties, Ltd | 2300-000 | N/A | 102.27 | 102.27 | 102.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 386.40 | 386.40 | 386.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 385.70 | 385.70 | 385.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 438.34 | 438.34 | 438.34 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 384.55 | 384.55 | 384.55 |
| Other - NYS Department of Taxation & Finance | 2820-000 | N/A | 303.51 | 303.51 | 303.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 383.87 | 383.87 | 383.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 435.95 | 435.95 | 435.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $276,282.48 | $276,282.48 | $276,282.48 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Goetz Fitzpatrick LLP | 6210-000 | N/A | 66,359.60 | 66,359.60 | 25,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $66,359.60 | $66,359.60 | $25,000.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Frank A. Mauro, Jr. | 5300-000 | N/A | 2,598.08 | 2,598.08 | 0.00 |
| 9 | Chiquita Fresh North America, LLC | 5200-000 | N/A | 621,923.69 | 0.00 | 0.00 |
| 10 | Dole Fresh Fruit Company | 5200-000 | N/A | 231,098.87 | 0.00 | 0.00 |
| 11 | Fierman Produce Exchange Inc. | 5200-000 | N/A | 26,707.04 | 0.00 | 0.00 |
| 12 | Katzman Berry Corp. | 5200-000 | N/A | 2,179.09 | 0.00 | 0.00 |
| 13 | Morris Okun, Inc. | 5200-000 | N/A | 1,155.50 | 0.00 | 0.00 |
| 14 | S. Katzman Produce, Inc. | 5200-000 | N/A | 18,616.27 | 0.00 | 0.00 |
| 15 | Del Monte Fresh Produce N.A., Inc. | 5200-000 | N/A | 32,394.57 | 0.00 | 0.00 |
| 16 | Banacol Marketing Corporation | 5200-000 | N/A | 349,495.53 | 0.00 | 0.00 |
| 17 | NYS Department of Finance | 5800-000 | N/A | 62.50 | 62.50 | 0.00 |
| NOTFILED | Islip Receiver of Taxes | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NYS Department of Labor | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NYS Department of Finance/Bankruptcy Section | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,286,231.14 | $2,660.58 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | PSEG Long Island | 7100-000 | N/A | 13,609.60 | 13,609.60 | 0.00 |
| 3 | National Grid | 7100-000 | N/A | 3,661.98 | 3,661.98 | 0.00 |
| 4 -2 | Internal Revenue Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6U | Frank A. Mauro, Jr. | 7100-000 | N/A | 124,937.98 | 124,937.98 | 0.00 |
| 8 | PSEG Long Island | 7100-000 | N/A | 14,714.10 | 14,714.10 | 0.00 |
| 18 | PSEG dba Long Island Power Authority | 7100-000 | N/A | 968.00 | 968.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $157,891.66 | $157,891.66 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-14-71453-REG  **Trustee:** (520840) R. KENNETH BARNARD, ESQ.
**Case Name:** P.F. Transport, Inc.  **Filed (f) or Converted (c):** 10/16/14 (c)
 **§341(a) Meeting Date:** 11/05/14
**Period Ending:** 05/16/17  **Claims Bar Date:** 03/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  19 Old Dock Road, Yaphank NY | 1,200,000.00 | 301,282.59 | | 1,508,779.39 | FA |
| 2  (Voided) | 0.00 | 0.00 | | 0.00 | FA |
| 3  checking | 0.00 | 0.00 | | 0.00 | FA |
| 3  Assets  Totals (Excluding unknown values) | **$1,200,000.00** | **$301,282.59** | | **$1,508,779.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

This case is related to, and procedurally consolidated with the Chapter 7 cases pending for Long Island Banana Corp. 14-71443 and Suffolk Banana Co., Inc. 14-71444.

**Initial Projected Date Of Final Report (TFR):**  December 31, 2016  **Current Projected Date Of Final Report (TFR):**  July 22, 2016  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71453-REG  
**Case Name:** P.F. Transport, Inc.

**Taxpayer ID #:** **-***9073  
**Period Ending:** 05/16/17

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Signature Bank  
**Account:** ********62 - Contract down payment  
**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/15 | {1} | Tonijo Morrell | Contract down payment for property located at 19 Old Dock Rd, Yaphank | 1110-000 | 100,000.00 | | 100,000.00 |
| 03/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 19.18 | 99,980.82 |
| 04/01/15 | {1} | Tonijo Morrell | Additional contract down payment for 19 Old Dock Road, Yaphank | 1110-000 | 103,000.00 | | 202,980.82 |
| 04/01/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | -19.18 | 203,000.00 |
| 05/15/15 | 1001 | Chicago Title | Seller's title charges for sale of Old Dock Rd property | 2500-000 | | 19,891.77 | 183,108.23 |
| 05/18/15 | {1} | Brian J Morrell or Tonijo Morrell | Proceeds of sale 19 Old Dock Rd, Yaphank | 1110-000 | 779.39 | | 183,887.62 |
| 05/18/15 | {1} | | Proceeds from the sale of 19 Old Dock Road | 1110-000 | 1,305,000.00 | | 1,488,887.62 |
| 06/03/15 | 1002 | CITIBANK, N.A. | satisfaction of mort. 19 Old Dock Rd, Yaphank, NY; Loan # 968630176; per Order of 5/15/15 [Dkt #97] | 4110-000 | | 750,000.00 | 738,887.62 |
| 06/03/15 | 1003 | All Island Bananas Produce Corp | Distribution per Order dated 5/15/15 approving Stipulation executed as of 4/24/15 [Dkt #97] | 4210-000 | | 18,049.45 | 720,838.17 |
| 06/03/15 | 1004 | McCarron & Diess | Payment of PACA claims per Order dated 5/15/15 approving Stipulation of 4/24/15 [Dkt #97] | 4120-000 | | 439,447.46 | 281,390.71 |
| 06/10/15 | | Signature Bank | Transfer to Rabobank, N.A. | 9999-000 | | 281,390.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **1,508,779.39** | **1,508,779.39** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 281,390.71 | |
| | | | **Subtotal** | | **1,508,779.39** | **1,227,388.68** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,508,779.39** | **$1,227,388.68** | |

{} Asset reference(s)

Printed: 05/16/2017 11:52 AM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71453-REG  
**Case Name:** P.F. Transport, Inc.  

**Taxpayer ID #:** **-***9073  
**Period Ending:** 05/16/17  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $77,628,510.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/10/15 | | Rabobank, N.A. | Transfer from Signature Bank | 9999-000 | 281,390.71 | | 281,390.71 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 269.82 | 281,120.89 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 417.82 | 280,703.07 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 390.29 | 280,312.78 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 430.10 | 279,882.68 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 402.57 | 279,480.11 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 388.59 | 279,091.52 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 441.61 | 278,649.91 |
| 01/15/16 | 101 | International Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2016 FOR CASE #814-71453, U.S.B.C., E.D.N.Y., Trustee Blanket Bond Payment | 2300-000 | | 102.27 | 278,547.64 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 386.40 | 278,161.24 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 385.70 | 277,775.54 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 438.34 | 277,337.20 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 384.55 | 276,952.65 |
| 05/06/16 | 102 | NYS Department of Taxation & Finance | EIN 11-3629073 | 2820-000 | | 303.51 | 276,649.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 383.87 | 276,265.27 |
| 06/10/16 | 103 | NYS Department of Taxation and Finance | TIN # 11-3629073; 2015 Corporate | 2820-000 | | 25.81 | 276,239.46 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 435.95 | 275,803.51 |
| 04/05/17 | 104 | David R Maltz & Co. | Dividend paid 100.00% on $58,000.00, Auctioneer for Trustee Fees (including buyers premiums); Reference: | 3610-000 | | 58,000.00 | 217,803.51 |
| 04/05/17 | 105 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $119,767.68, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 119,767.68 | 98,035.83 |
| 04/05/17 | 106 | Paritz & Company, P.A. | Dividend paid 100.00% on $2,594.16, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,594.16 | 95,441.67 |
| 04/05/17 | 107 | Westerman, Ball, Ederer, Miller, Zucker & Sharfstein, LLP | Dividend paid 100.00% on $891.24, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 891.24 | 94,550.43 |
| 04/05/17 | 108 | Office of the United States Trustee | Dividend paid 100.00% on $975.55, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 975.55 | 93,574.88 |
| 04/05/17 | 109 | Goetz Fitzpatrick LLP | Dividend paid 37.67% on $66,359.60, Attorney for Trustee/D-I-P Fees (Other Firm) (Chapter 11); Reference: | 6210-000 | | 25,000.00 | 68,574.88 |

Subtotals :  $281,390.71   $212,815.83

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 8-14-71453-REG  
**Case Name:** P.F. Transport, Inc.

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7066 - Checking Account

**Taxpayer ID #:** **-***9073  
**Period Ending:** 05/16/17

**Blanket Bond:** $77,628,510.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/05/17 | 110 | R. KENNETH BARNARD, ESQ. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 68,574.88 | 0.00 |
| | | | Dividend paid 100.00%    68,513.38 on $68,513.38;  Claim# ; Filed: $68,513.38 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    61.50 on $61.50;  Claim# ; Filed: $61.50 | 2200-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **281,390.71** | **281,390.71** | **$0.00** |
| Less: Bank Transfers | | 281,390.71 | 0.00 | |
| **Subtotal** | | **0.00** | **281,390.71** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$281,390.71** | |

| Net Receipts : | 1,508,779.39 |
|---|---|
| Net Estate : | $1,508,779.39 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********62** | 1,508,779.39 | 1,227,388.68 | 0.00 |
| **Checking # ******7066** | 0.00 | 281,390.71 | 0.00 |
| | $1,508,779.39 | $1,508,779.39 | $0.00 |